IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIDDO CLARK,

    Plaintiff,

v.

SUPERIOR COURT OF CONTRA COSTA COUNTY, CA, ET AL.,

    Defendant.

No. C 13-02899 WHA

**ORDER DENYING REQUEST FOR CONTINUANCE AND TERMINATING ECF ACCESS**

    Attorney Diddo Clark (#79876), the *pro se* plaintiff in this action, requests a continuance of all case deadlines. Attorney Clark contends that she has not received any of the pleadings submitted by the parties because her computer equipment is insufficient to properly open the ECF email attachments. She blames this situation on her lack of the financial wherewithal to purchase better equipment and the Court's IT staff.

    Attorney Clark's request to continue all case deadlines was filed on the (now expired) deadline for Attorney Clark to file opposition papers to two of the three pending motions to dismiss. She does not explain why she failed to take reasonable steps to address her technical issues in advance of the deadline. Attorney Clark claims to be an experienced appellate litigator, but does not explain why she was unable to come to the courthouse in person to address her alleged inability to read the filings in this action.

    Good cause not found, Attorney Clark's request for a continuance of all case deadlines is **DENIED**. Attorney Clark's oppositions to the pending motions to dismiss are now overdue (Dkt.

Nos. 19, 21). For the avoidance of doubt, *all case deadlines remain in effect and will be enforced.* As a concession to the shortness of life, however, Attorney Clark's deadline to file and serve her oppositions to the pending motions to dismiss is **EXTENDED** until **OCTOBER 25 AT NOON**. If Attorney Clark fails to timely file her oppositions to the pending motions to dismiss, she is on notice that they will be granted on that basis. Defendants' deadline to reply is extended until **NOVEMBER 1 AT NOON**.

As a supplement to the ECF system, the **CLERK SHALL SERVE** Attorney Clark with copies of this order via email and first class mail. Thereafter, the **CLERK SHALL TERMINATE** Attorney Clark's ECF access so that service of future pleadings and orders shall occur via first class mail.

**IT IS SO ORDERED.**

Dated: October 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2