1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DIDDO CLARK,

11                Plaintiff,                              No. C 13-02899 WHA

12        v.

13   SUPERIOR COURT OF CONTRA               **ORDER DENYING REQUEST**
     COSTA COUNTY, CA, ET AL.,              **FOR CONTINUANCE AND**
14                                          **TERMINATING ECF ACCESS**

15                Defendant.
                                        /
16

17        Attorney Diddo Clark (#79876), the *pro se* plaintiff in this action, requests a continuance

18   of all case deadlines.  Attorney Clark contends that she has not received any of the pleadings

19   submitted by the parties because her computer equipment is insufficient to properly open the

20   ECF email attachments.  She blames this situation on her lack of the financial wherewithal to

21   purchase better equipment and the Court's IT staff.

22        Attorney Clark's request to continue all case deadlines was filed on the (now expired)

23   deadline for Attorney Clark to file opposition papers to two of the three pending motions to

24   dismiss.  She does not explain why she failed to take reasonable steps to address her technical

25   issues in advance of the deadline.  Attorney Clark claims to be an experienced appellate litigator,

26   but does not explain why she was unable to come to the courthouse in person to address her

27   alleged inability to read the filings in this action.

28        Good cause not found, Attorney Clark's request for a continuance of all case deadlines is

     **DENIED**.  Attorney Clark's oppositions to the pending motions to dismiss are now overdue (Dkt.

**United States District Court**

For the Northern District of California

1    Nos. 19, 21).  For the avoidance of doubt, *all case deadlines remain in effect and will be*

2    *enforced*.  As a concession to the shortness of life, however, Attorney Clark's deadline to file

3    and serve her oppositions to the pending motions to dismiss is **EXTENDED** until **OCTOBER 25 AT**

4    **NOON**.  If Attorney Clark fails to timely file her oppositions to the pending motions to dismiss,

5    she is on notice that they will be granted on that basis.  Defendants' deadline to reply is extended

6    until **NOVEMBER 1 AT NOON**.

7            As a supplement to the ECF system, the **CLERK SHALL SERVE** Attorney Clark with

8    copies of this order via email and first class mail.  Thereafter, the **CLERK SHALL TERMINATE**

9    Attorney Clark's ECF access so that service of future pleadings and orders shall occur via first

10    class mail.

11

12            **IT IS SO ORDERED.**

13

14    Dated:   October 22, 2013.

15                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2