IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIDDO CLARK,

    Plaintiff,

v.

SUPERIOR COURT OF CONTRA COSTA COUNTY, et al.,

    Defendants.

No. C 13-02899 WHA

**NOTICE AND ACKNOWLEDGMENT OF COMMUNICATION**

Following the hearing Thursday afternoon, plaintiff Diddo Clark left a note card for the undersigned judge in the clerk's office. It was a kind note of appreciation for the photographs in the lawyers' lounge. The judge feels obligated to advise plaintiff that private communications of this type should not be made while the action is pending. If any counsel involved in the action wish to see the note, please contact the Clerk promptly. Any motion to disqualify the judge based on the foregoing must also be made promptly and before any rulings on the pending motions.

**IT IS SO ORDERED.**

Dated: November 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE